**Squire Milton MOSELEY, Jr.,**
**Plaintiff–Appellant,**

v.

**VETERANS RETRAINING ASSIS-**
**TANCE PROGRAM; Post 9/11 GI**
**Bill, Defendants–Appellees.**

No. 14–2345.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2015.

Decided: March 19, 2015.

Squire Milton Moseley, Jr., Appellant
Pro Se.

Before WILKINSON and KING,
Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Squire Milton Moseley, Jr., appeals the
district court's order dismissing his com-
plaint without prejudice. We have re-
viewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Moseley
v. Veterans Retraining Assistance Pro-
gram,* No. 1:14–cv–02867–JFM (D.Md.
Dec. 2, 2014). We dispense with oral ar-
gument because the facts and legal conten-
tions are adequately presented in the ma-
terials before this court and argument
would not aid the decisional process.

*AFFIRMED.*